UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TONIMARIE RHONE, on behalf of herself and all others similarly situated,

Plaintiffs,

-against-

LITTLE TRAVELER, INC.,

Defendant.

23-CV-3326 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Complaint in this action was filed on April 20, 2023. *See* ECF No. 1. On July 28, 2023, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 6. The Court notified Plaintiff that if Plaintiff did not show good cause – or file anything – by August 3, 3034, the Court would dismiss the Complaint. *Id.* Plaintiff did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to close the case.

Dated: August 8, 2023
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge